**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 02-6806

LEWIS BANKS,

Petitioner - Appellant,

versus

STEVEN J. GAL, Warden; FEDERAL BUREAU OF
PRISONS,

Respondents - Appellees.

Appeal from the United States District Court for the District of
South Carolina, at Rock Hill.  Patrick Michael Duffy, District
Judge.  (CA-01-2543-23BD)

Submitted:  September 5, 2002      Decided:  September 10, 2002

Before MOTZ, KING, and GREGORY, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Lewis Banks, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

   Lewis Banks appeals the district court's order denying relief on his 28 U.S.C. § 2241 (1994) petition. We have reviewed the record and the district court's opinion accepting the recommendation of the magistrate judge and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See <u>Banks v. Gal</u>, No. CA-01-2543-23BD (D.S.C. filed May 2, 2002, entered May 3, 2002). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>